Elmer J. Ellefson, Administrator of Estate of Sophia Ellefson, Deceased, Appellee, v. Warren M. Miller, Appellant.

Gen. No. 9,364.

Heard in this court at October term, 1938; opinion filed January 8, 1940. Early, Carpenter & Early, for appellant; B. Jay Knight, J. E. Goembel and Frederick H. Haye, for appellee. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''